JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRISTINE ARIAS, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br>FRANCHISE TAX BOARD, et al.,<br><br>　　　　　Defendants. | Civil No. CV 20 - 8064 AB (JCx)<br><br>ORDER ON STIPULATION TO DISMISS |

**ORDER**

　　Based on the parties' Stipulation, the Court orders:

　　1.　The stipulation is entered and the case is dismissed with prejudice.

IT IS SO ORDERED:

Dated: January 26, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　United States District Judge